UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

JAMES D. RYAN,                                                  Case No. 13-20905
                                                                CHAPTER 7
      Debtor
_____/

**MOTION TO ALLOW LATE FILED CLAIM OF CHERYL RYAN**

**COMES NOW**, the Creditor, Cheryl Ryan, by and through her undersigned counsel, and files this Motion to Allow Late Filed Claim and states:

1. John Ryan filed his case on May 9, 2013.

2. On July 1, 2013, the Court entered a Notice of Deadline to File Claims by October 1, 2013.

3. Cheryl Ryan is the ex-spouse of the debtor.

4. She is owed pre-petition alimony in the amount of $64,000.00.

5. Throughout the bankruptcy, Ms. Ryan has assisted the Trustee in locating assets for the estate.

6. Unfortunately, Ms. Ryan either did not receive a Notice of Deadline to File Claims or did not understand it to require her to file a claim.

7. It was not until November 17, 2014, when she received a Motion for Order Approving Sale of Assets that Ms. Ryan consulted a bankruptcy attorney.

8. Ms. Ryan immediately filed a proof of claim (#5).

9. It does not appear that the Trustee has distributed any funds to creditors.

10. Ms. Ryan is entitled to a priority claim.

**WHEREFORE** the creditor Cheryl Ryan, respectfully requests that the Court grant her Motion to Allow Late Filed Claim.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to all parties on the mailing matrix this 18th day of November, 2014.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

/s/ Brian K. McMahon
_____
BRIAN K. MCMAHON, P.A.
1401 Forum Way, 6th Floor
West Palm Beach, FL 33401
Tel (561)478-2500
Fax (561)478-3111
briankmcmahon@gmail.com